**386-15** FILE COPY

COA # 08-13-00217-CR      OFFENSE: 21.04

STYLE: Samuel Duane McGinty v. The State of Texas      COUNTY: Hood

COA DISPOSITION: AFFIRM      TRIAL COURT: 355th District Court

DATE: 3/18/15      Publish: NO   TC CASE #: CR12461

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Samuel Duane McGinty v. The State of Texas      CCA #:

_____ PRO SE _____ Petition      CCA Disposition: **386-15**

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE:

_____ REFUSED _____      JUDGE:

DATE: 08/26/2015      SIGNED: _____      PC: _____

JUDGE: _____      PUBLISH: _____      DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____